UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DESHAN WATSON,

                     Petitioner,

   v.

MAGGIE MILLER-STOUT,

                     Respondent.

No. C11-5013 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the report and recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

(1) the Magistrate Judge's report and recommendation is approved and adopted;

(2) Petitioner's application to proceed *in forma pauperis* is **DENIED as MOOT**;

(3) Petitioner paid the required filing fee [$5.00] to the Clerk of the Court on February 7, 2011; and

(4) the Clerk is directed to send copies of this Order to Petitioner and any other party that has appeared in this action.

DATED this 8th day of February, 2011.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT & RECOMMENDATION - 1