UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DESHAN WATSON,<br><br>    Petitioner,<br><br>  v.<br><br>MAGGIE MILLER-STOUT, ELDON VAIL, and ROBERT McKENNA,<br><br>    Respondents | NO. C11-5013 RBL/KLS<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

Before the Court is Respondent's Motion for Extension of Time to File an Answer to Petition for Writ of Habeas Corpus.  ECF No. 17.  Respondent's answer is currently due on March 28, 2011.  Respondent requests a seven day extension of time to file the answer to allow counsel sufficient time to obtain and review the record.  *Id.*  Respondent filed an Answer and submitted the relevant state court record on March 31, 2011.  ECF Nos. 18 and 19.  Although the motion for extension is noted for April 15, 2011, the court finds that it is well founded.

Accordingly, it is **ORDERED:**

1.   Respondent's motion for an extension of time (ECF No. 17) is **GRANTED.**

2.   The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

**DATED** this  5th   day of April, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING MOTION TO EXTEND TIME                                                                 1