UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DESHAN WATSON,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>MAGGIE MILLER-STOUT, ELDON VAIL, and ROBERT McKENNA,<br><br>　　　　　　　　　Respondents. | No. C11-5013 RBL/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's claims for habeas relief are **Denied and Dismissed with Prejudice.** Petitioner's Motion to Stay (ECF No. 21) is **Denied.**

(3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

**DATED** this 18th day of July, 2011.

　　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1